**Leon Henry CARTER, III,
Plaintiff–Appellant.**

v.

**Ralph CLARK; Plastech Industries;
Plastech Corporation Defendants–
Appellees.**

No. 15–2053.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 14, 2015.
Filed: Dec. 15, 2015.

Leon H. Carter, III, Minnesota Department of Corrections, Rush City, MN, pro se.

Brent C. Kleffman, Larry J. Peterson, Peterson & Logren, Saint Paul, MN, Defendant–Appellees.

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

## PER CURIAM.

Leon Carter appeals the district court's [1] dismissal of his action as barred by collateral estoppel and res judicata. Upon careful review, we conclude that the dismissal was proper. *See Nolles v. State Comm.*

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

1. The Honorable Michael J. Davis, then-Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendation of the Honorable Leo I. Brisbois, United States Magistrate Judge of the District of Minnesota.

*for Reorg. of Sch. Dists.*, 524 F.3d 892, 901 (8th Cir.2008) (res judicata effect of first forum's judgment is governed by first forum's law; de novo standard of review); *see also Hauschildt v. Beckingham*, 686 N.W.2d 829, 840 (Minn.2004) (standard for applying res judicata; doctrine applies not only to every matter which was actually litigated, but also to every matter which might have been litigated).

Accordingly, we affirm. *See* 8th Cir. R. 47B.